UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMARTREND MANUFACTURING
GROUP (SMG), INC.,

     Plaintiff,

v.

OPTI-LUXX INC.,

     Defendant.

_____/

Case Nos. 1:21-cv-1009; 1:22-cv-915

Hon. Hala Y. Jarbou

## JUDGMENT

Plaintiff Smartrend Manufacturing Group (SMG), Inc. sued Opti-Luxx Inc., alleging infringement of two patents: U.S. Design Patent No. D932,930 and U.S. Patent No. 11,348,491. The jury found in favor of Plaintiff and against Defendant on both patents and awarded Plaintiff $23,307.84 in damages.

Consistent with the Jury's findings and verdict (Case No. 1:21-cv-1009, ECF No. 128; Case No. 1:22-cv-915, ECF No. 103), the Court **ENTERS JUDGMENT** for Plaintiff and against Defendant Opti-Luxx Inc., which is liable to Plaintiff for $23,307.84 in damages.

With this Judgment, all claims have been resolved.  What remains is the portion of Plaintiff's requested relief that may be granted by the Court.  The Court will rule separately on the requested relief and enter such judgment as may be warranted upon further motion from the parties.

Dated: November 29, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE